

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*     *(203)821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut 06510*     *www.justice.gov/usao/ct*

January 28, 2013

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:     *United States v. Stavros Ganias*
               Docket No. 12-240

Dear Ms. Wolfe:

      Pursuant to Fed. R. App. P. 28(j), this letter is to advise the Court of the following decision: *United States v. Laist*, 702 F.3d 608 (11th Cir. 2012). This case has bearing on the government's argument at pages 21-28 and 30-42 of its brief concerning whether a delay renders a seizure unreasonable under the Fourth Amendment.

      This case is significant because it holds that the Government's 25-day delay in obtaining a search warrant for a computer initially seized with the defendant's consent was not unreasonable, where the Government acted diligently and the defendant was allowed to copy or remove personal files on his computer prior to the seizure. *See id.* at 616-17. The Court notes that where the defendant did not make a request to obtain additional personal files during the period the computer was held by the Government, the significance of the defendant's possessory interest in the computer was diminished. *Id.* at 616. In addition, the opinion holds that the Government acted diligently in obtaining the warrant, given the complexity of the investigation and the agents' workloads. *Id.* at 617.

Similarly, in the case before this Court, the Government did not impede Ganias' ability to access his personal files, as it seized only a mirror image of the computer. The Government also acted diligently in searching the computer, rendering suppression inappropriate under *Laist*.

I respectfully request that a copy of this letter be circulated to each of the panel members assigned to this case.

Very truly yours,

DAVID B. FEIN
UNITED STATES ATTORNEY

Sarala V. Nagala
ASSISTANT U.S. ATTORNEY

cc (via electronic mail):   Stanley A. Twardy, Jr., Esq.
Daniel Wenner, Esq.