

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*     *(203)821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut 06510*     *www.justice.gov/usao/ct*

October 1, 2015

Calendar Team
U.S. Court of Appeals, Second Circuit
40 Foley Square
New York, NY 10007

    Re: <u>Oral Argument CD</u>

Dear Sir/Madam:

I am writing to request an audio recording of the oral argument in the following case:

| Name of Case | Docket No. | Date Argued |
|---|---|---|
| USA v. Ganias | 12-240 | September 30, 2015 |

My mailing address is United States Attorney's Office, 157 Church Street, 25th Floor, New Haven, Connecticut 06510.

Thank you for your assistance regarding this request. Should you need to contact me, I can be reached at (203) 821-3737.

    Very truly yours,

    DEIRDRE M. DALY
    UNITED STATES ATTORNEY

    SARALA V. NAGALA
    ASSISTANT UNITED STATES ATTORNEY