# Appendix A

*Amici Curiae*

Alan R. Friedman (*counsel of record*), Samantha V. Ettari, Noah Hertz-Bunzl, Kramer Levin Naftalis & Frankel LLP, New York, NY, *for Amicus Curiae the Center for Constitutional Rights, in support of Defendant-Appellant.*

Tanya L. Forsheit, Baker & Hostetler LLP, Los Angeles, CA, and William W. Hellmuth, Baker & Hostetler LLP, Washington, DC (*representing Amicus Curiae Center for Democracy & Technology*); Alex Abdo, Nathan Freed Wessler, Jason D. Williamson, American Civil Liberties Union Foundation, New York, NY; Dan Barrett, American Civil Liberties Union of Connecticut, Hartford, CT; Faiza Patel, Brennan Center for Justice at NYU School of Law, New York, NY; Hanni Fakhoury, Electronic Frontier Foundation, San Francisco, CA; Laura M. Moy, Open Technology Institute/New America, Washington, DC, *for Amici Curiae Center for Democracy & Technology, American Civil Liberties Union, American Civil Liberties Union of Connecticut, Brennan Center for Justice at NYU School of Law, Electronic Frontier Foundation, and New America's Open Technology Institution, in support of Defendant-Appellant.*

Marc Rotenberg (*counsel of record*), Alan Butler, Electronic Privacy Information Center, Washington, DC, *for Amicus Curiae Electronic Privacy Information Center, in support of Defendant-Appellant.*

Colleen P. Cassidy (*of counsel*), Federal Defenders of New York, Inc., Southern District of New York, New York, NY; James Egan, Office of the Federal Public Defender, Northern District of New York, Syracuse, NY, *for Amicus Curiae Federal Public Defenders Within the Second Circuit, in support of Defendant-Appellant.*

1

Todd M. Hinnen, Perkins Coie LLP, Seattle, WA, and Amanda Andrade, Perkins Coie LLP, Washington, DC, *for Amicus Curiae Google Inc., in support of Defendant-Appellant.*

Miranda E. Fritz, Eli B. Richlin, Thompson Hine LLP, New York, NY; Richard D. Willstatter, Green & Willstatter, White Plains, NY; Joel B. Rudin, Law Offices of Joel B. Rudin, P.C., New York, NY, *for Amicus Curiae National Association of Criminal Defense Lawyers, in support of Defendant-Appellant.*

Michael L. Yaeger, Barry A. Bohrer, Schulte Roth & Zabel LLP, New York, NY, *for Amicus Curiae New York Council of Defense Lawyers, in support of Defendant-Appellant.*

Mahesha P. Subbaraman, Subbaraman PLLC, Minneapolis, MN, *for Amicus Curiae Restore the Fourth, Inc., in support of Defendant-Appellant.*