# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 30, 2016

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

      Re:  Stavros M. Ganias
            v. United States
           No. 16-263
           (Your No. 12-240-cr)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 25, 2016 and placed on the docket August 30, 2016 as No. 16-263.

                               Sincerely,

                               **Scott S. Harris**, Clerk

                               by

                               Clayton Higgins
                               Case Analyst